## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| GENE NEVILS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil No. 3:12-1086 |
| AL NATIONS, et al., | ) ) ) | Judge Sharp<br>Magistrate Judge Knowles |
| Defendant. | ) | |

## **O R D E R**

On January 13, 2014, Magistrate Judge Knowles entered a Report and Recommendation (Docket No. 50) in this matter. As a result, the trial scheduled for February 18, 2014 is hereby continued to be reset, if needed, after the Court issues a ruling on the Report.

It is so **ORDERED**.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE