**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **GENE NEVILS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) **CASE NO. 3:12-01086** |
| vs. | ) **JUDGE SHARP/KNOWLES** |
| | ) |
| | ) |
| | ) |
| **AL NATIONS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion to Amend Instant Motion, Motion for Entertaining Non Jury Settlement and Consequential "Order"." Docket No. 71.

The body of the Motion states in full as follows:

> Plaintiff seeks to notify this Court, that he would entertain a discussion for non jury settlement in the sum and amount of $3,500,000.00 (3.5 million dollars)
>
> Plaintiff seeks to have this discussion in pretrial conferences, currently set for February 7, 2014.

*Id*.

Initially, the Court notes that there is not a pretrial conference set for February 7, 2014. On January 16, 2014, Judge Sharp continued the trial date of February 18, 2014. Docket No. 52. In response to that Order, on January 21, 2014, the undersigned cancelled the pretrial conference set for February 7, 2014. Docket No. 55.

The document filed by Plaintiff does not appear to be a Motion, but rather a notice to entertain a discussion to settle this case for $3.5 million dollars. To the extent that it could be construed as a Motion, DENIED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge