UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENE NEVILS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 3:12-cv-01086 |
| v. | ) |
| | ) Judge Sharp |
| AL NATIONS, *et al.*, | ) Magistrate Judge Knowles |
| | ) |
|     Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that the *Motion to Amend Cases* (Docket Entry No. 37) be denied. The R & R provides, in part,

> The instant Motion was filed August 8, 2013. Approximately, six months ago, on, February 22, 2013, the undersigned entered a Scheduling Order in this action, which set a deadline for filing Motions to Amend the Pleadings of April 25, 2013. Docket No. 26, p. 2. Plaintiff offers no explanation for why he failed to comply with that deadline.
>
> [I]n considering whether to grant a Motion to amend a pleading, the Court can consider whether the proposed amendment would be futile. *Foman v. Davis*, 371 U.S. 178 (1962). In the instant Motion, Plaintiff has simply provided a "laundry list" of complaints and a list of proposed Defendants. He makes no specific allegations as to how any of the Defendants are connected with any of his proposed claims.
>
> Therefore, "the instant Motion to Amend Cases (Docket No. 37) should be DENIED, insofar as it relates to the instant case."[1] (Docket Entry No. 40 at 3). No objections were made to the R & R.

---

[1] The same motion was filed in another case, *Gene Nevils v. State of Tennessee, et al.*, No. 3:13-0261, United States District Court for the Middle District of Tennessee, and the Magistrate Judge has entered a separate R & R in that matter.

1

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 40) is hereby ACCEPTED and APPROVED; and

(2) The *Motion to Amend Cases* (Docket Entry No. 37) is hereby DENIED.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.[2]

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

---

[2] The Court is aware that the Magistrate Judge entered a subsequent R & R on January 13, 2014, addressing Defendants' motion for summary judgment and will enter a separate Order shortly. *See* (Docket Entry Nos. 43 and 50).