UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

GENE NEVILS                                )
                                           )
v.                                         )         NO. 3:12cv1086
                                           )         JUDGE SHARP
AL NATIONS, et al.                         )
                                           )

ENTRY OF JUDGMENT


        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on 4/15/2014.



                                           KEITH THROCKMORTON, CLERK
                                           s/Tina M. Webster, Deputy Clerk